UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

CHARLES EDWARD RODGERS, JR
AKA CHARLES RODGERS,

                             Debtor(s)
-----------------------------------------------------------x

Case No. 119-40975-ESS

Chapter: 13

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
RECEIVED - BROOKLYN

JUN 06 2019 PM02:20

### NOTICE OF VOLUNTARY CONVERSION

CHARLES EDWARD RODGERS JR_____, Debtor(s) in the above-captioned case, hereby notify the Court of the conversion of this case to one under Chapter 7, pursuant to 11 U.S.C. Sec. § 1307(a).

Dated: JUNE 6th, 2019

_Charles Edward Rodgers Jr._
(Debtor's Signature)

_____
(Joint Debtor's Signature)